UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Lois Dixon,

        Plaintiff,                  Civil No. 07-4890 (RHK/JSM)

vs.                                  **DISQUALIFICATION AND ORDER FOR REASSIGNMENT**

Wyeth and its divisions, Wyeth
Pharmaceuticals, ESI Lederle, Pharmacia
& Upjohn Company LLC, f/k/a Pharmacia
& Upjohn Company , Pfizer, Inc.,

        Defendants.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment. The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: December 19, 2007

                                        s/Richard H. Kyle
                                        RICHARD H. KYLE
                                        United States District Judge

Dockets.Justia.com